**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Destination Hope, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number** (EIN)

20-4845884

**4. Debtor's address**

**Principal place of business**

6460 NW 5th Way
Number     Street

_____

Fort Lauderdale     FL     33309
City                State   ZIP Code

Broward County
County

**Mailing address, if different from principal place of business**

_____
Number     Street

_____
P.O. Box

_____
City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number     Street

_____

_____
City          State     ZIP Code

**5. Debtor's website** (URL)    www.destinationhope.com

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

Debtor    Destination Hope, Inc.
_____
Name

Case number *(if known)*_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6232

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

---

| Debtor | Destination Hope, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

| Number | Street |

_____

| City | State | ZIP Code |

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

| Debtor | Destination Hope, Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/28/2020
          MM  / DD / YYYY

✖ /s/ Benjamin Brafman                     Benjamin Brafman
Signature of authorized representative of debtor          Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Aaron Wernick                  Date  08/28/2020
Signature of attorney for debtor                    MM    / DD / YYYY

Aaron Wernick
Printed name

Wernick Law, PLLC
Firm name

2255 Glades Road Suite 324A
Number      Street

Boca Raton                          FL          33431
City                               State       ZIP Code

561-961-0922                       awernick@wernicklaw.com
Contact phone                      Email address

14059                              FL
Bar number                         State

**Fill in this information to identify the case:**

Debtor name     Destination Hope, Inc.
_____

United States Bankruptcy Court for the:  Southern District of Florida
_____

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  TRICARE PO Box 8923 Madison, WI, 53707-8923 | | Medical billing | Disputed | | | 1,500,000.00 |
| 2  City National Bank 100 SE 2nd St. Miami, FL, 33131 | | PPP loan | | | | 1,230,000.00 |
| 3  EastGroup Properties Inc. 3495 Piedmont Road NE Building 11, Ste #350 Atlanta, GA, 30305 | | Breach of lease | Disputed | | | 800,000.00 |
| 4  Halpern Family Trust 1711 N. Fort Lauderdale Beach Blvd Fort Lauderdale, FL, 33305 | Marty Halpern | Loan to company | | | | 600,000.00 |
| 5  Cigna 900 Cottage Grove Road Hartford, CT, 6152 | | Medical billing | Disputed | | | 570,276.74 |
| 6  Professional Revenue Recovery Solutions, Inc. 13630 NW 8th St. Suite 220 Sunrise, FL, 33325 | | Billing solutions | Disputed | | | 400,000.00 |
| 7  3831 Crystal Lake Drive, LLC 2707-2709 NE 33rd Ave Fort Lauderdale, FL, 33308 | | Unpaid rent | | | | 240,000.00 |
| 8  David Gussack 1851 Blount Road Pompano Beach, FL, 33069 | David Gussack | Loan to business | | | | 227,000.00 |

| Debtor | Destination Hope, Inc. | | Case number (if known) | |
|--------|------------------------|--|------------------------|--|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|--|--|--|--|--|--|--|--|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bankers Healthcare Group, LLC 201 Solar Street Syracuse, NY, 13204 | | Loan to business | | | | 204,710.26 |
| 10 | AJ Equity Group, LLC 1648 61st Street Brooklyn, NY, 11204 | | MCA | Disputed Unliquidated | | | 201,698.54 |
| 11 | Pontus SW Portfolio LLC 875 Prospect Street Suite 303 La Jolla, CA, 92037 | 858-345-4544 | Rent arrearage and property tax | | | | 200,000.00 |
| 12 | Alantes Corp attn: Ken Dotson 510 5th Avenue 3rd Floor New York, NY, 10036 | Kenneth R. Dotson 646-820-6085 or 310-462-4506 | Brokerage commission | Disputed | | | 200,000.00 |
| 13 | Aetna PO Box 14079 Lexington, KY, 40512 | | Medical billing | Disputed | | | 200,000.00 |
| 14 | BMF Capital 1820 Avenue M Brooklyn, NY, 11230 | Gabe Isaacov | MCA | Disputed Unliquidated | | | 197,846.32 |
| 15 | MD Solutions Group 3330 Fairchild Gardens Ave #32613 Palm Beach Gardens, FL, 33420 | 561-223-1504 | Billing solutions | Disputed | | | 163,443.30 |
| 16 | SBA 51 SW 1st Ave #201, Miami, FL 33130 Miami, FL, 33130 | | EIDL loan | | | | 160,000.00 |
| 17 | Nole Financial 701 Brickell Key Blvd. #CU-02 Miami, FL, 33131 | 305-323-9254 | Loan brokerage | Disputed | | | 100,000.00 |
| 18 | Cindy Wisdom 821 NW 66th Avenue Plantation, FL, 33317-1235 | Cindy Wisdom 954-591-0492 | Loan to business | | | | 80,000.00 |
| 19 | Marlin Capital Solutions 300 Fellowship Road Mount Laurel, NJ, 08054 | | Equipment lease - stolen equipment | | | | 79,593.20 |
| 20 | CapFlow 2232 Brigham Street #5K Brooklyn, NY, 11229 | 347-962-7976 | MCA | Disputed Unliquidated | | | 65,332.91 |

**Fill in this information to identify the case:**

Debtor name ___Destination Hope, Inc.___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1** Creditor's name
Ford Credit

Describe debtor's property that is subject to a lien
12-person passenger van

$ 5,680.54          $ Undetermined

Creditor's mailing address

PO Box 650575
Dallas, TX 75265-0575

Describe the lien
Agreement you made

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account
number _____

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Ford Credit

Describe debtor's property that is subject to a lien
12-person passenger van

$5,702.33          $Undetermined

Creditor's mailing address
PO Box 650575
Dallas, TX 75265-0575

Describe the lien
Agreement you made

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account
number _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
   priority?
   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is
   specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**          $ 4,754,369.45

| Debtor | Destination Hope, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known)_____ |

**Part 1:    Additional Page**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the value | **that supports this** |
| | of collateral. | **claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3

**Creditor's name**
Ford Credit

_____

**Creditor's mailing address**

PO Box 650575
Dallas, TX 75265-0575

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

12-person passenger van

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$33,158.56          $ Undetermined

### 2.4

**Creditor's name**
Newtek Small Business Finance, LLC

_____

**Creditor's mailing address**

1981 Marcus Avenue
Suite 130, Lake Success, NY 11042

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** 1344

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Blanket lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,498,188.00          $ Undetermined

| Debtor | Destination Hope, Inc. | |
|---|---|---|
| | Name | |

Case number *(if known)*_____

## Part 1:  Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
Newtek Small Business Finance, LLC

**Creditor's mailing address**
_____

1981 Marcus Avenue
Suite 130, Lake Success, NY 11042

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** 5174

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Blanket lien _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,427,473.34    $ Undetermined

**2.6** **Creditor's name**
SG Credit Partners

**Creditor's mailing address**
_____

23 Corporate Plaza
Suite #100, Newport Beach, CA 92660

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Blanket lien _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 1,784,166.68    $ Undetermined

Debtor      Destination Hope, Inc.
            _____
            Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor __Destination Hope, Inc._____

United States Bankruptcy Court for the: __Southern District of Florida__

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
Broward County Tax Collector
115 S. Andrews Ave
Room # A100
Fort Lauderdale, FL, 33301

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8   )

As of the petition filing date, the claim is: $ 0.00          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2** | Priority creditor's name and mailing address
Florida Dept of Revenue
5050 W Tennessee Street
Bldg L
Tallahassee, FL, 32399-0180

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8   )

As of the petition filing date, the claim is: $ 0.00          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.3** | Priority creditor's name and mailing address
Internal Revenue Service
111 Constitution Avenue NW

Washington , DC

**Date or dates debt was incurred**
2019 2020

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8   )

As of the petition filing date, the claim is: $800,000.00          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Destination Hope, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
121 Capital
178 Manhattan Street

Staten Island, NY, 10307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Brokerage commission

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
3831 Crystal Lake Drive, LLC
2707-2709 NE 33rd Ave

Fort Lauderdale, FL, 33308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid rent

$ 240,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Aetna
PO Box 14079

Lexington, KY, 40512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Medical billing

$ 200,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
AJ Equity Group, LLC
1648 61st Street

Brooklyn, NY, 11204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

$ 201,698.54

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Alantes Corp attn: Ken Dotson
510 5th Avenue
3rd Floor
New York, NY, 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Brokerage commission

$ 200,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Andrew Merker
1535 Mt Vernon Rd

Dunwoody, GA, 30338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Loan to business

$ 40,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Destination Hope, Inc.

Name

Case number *(if known)*_____

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7   **Nonpriority creditor's name and mailing address**

Anthony S. Hearn P.A
One Biscayne Tower
2 Biscayne Blvd, Ste 3400
Miami, FL, 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services

$ 30,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8   **Nonpriority creditor's name and mailing address**

Bankers Healthcare Group, LLC
201 Solar Street

Syracuse, NY, 13204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan to business

$ 204,710.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9   **Nonpriority creditor's name and mailing address**

BMF Capital
1820 Avenue M

Brooklyn, NY, 11230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

$ 197,846.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10   **Nonpriority creditor's name and mailing address**

CapFlow
2232 Brigham Street
#5K
Brooklyn, NY, 11229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

$ 65,332.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11   **Nonpriority creditor's name and mailing address**

Cigna
900 Cottage Grove Road

Hartford, CT, 6152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Medical billing

$ 570,276.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Destination Hope, Inc.

Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Cindy Wisdom
821 NW 66th Avenue

Plantation, FL, 33317-1235

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan to business

$ 80,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

City National Bank
100 SE 2nd St.

Miami, FL, 33131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  PPP loan

$ 1,230,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    0-10

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

City of Deerfield Beach
401 SW 4th Street

Deerfield Beach, FL, 33441-4666

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Waste/trash

$ 1,990.29

Date or dates debt was incurred    _____

Last 4 digits of account number    3259

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Daszkal Bolton LLP
2401 NW Boca Raton Boulevard

Boca Raton, FL, 33431-6632

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Accoutning services

$ 28,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    7970

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

David Gussack
1851 Blount Road

Pompano Beach, FL, 33069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan to business

$ 227,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Destination Hope, Inc.
_____
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

EastGroup Properties Inc.
3495 Piedmont Road NE
Building 11, Ste #350
Atlanta, GA, 30305

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Breach of lease

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 800,000.00

---

**3.18** Nonpriority creditor's name and mailing address

Group 716,  LLC
245 Country Club Drive
Suite 300D
Stockbridge, GA, 30281

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid rent

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,000.00

---

**3.19** Nonpriority creditor's name and mailing address

Halpern Family Trust
1711 N. Fort Lauderdale Beach Blvd

Fort Lauderdale, FL, 33305

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan to company

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 600,000.00

---

**3.20** Nonpriority creditor's name and mailing address

Healthpac Computer
1010 East Victory Drive
Suite B
Savannah, GA, 31405

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Billing software

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,700.00

---

**3.21** Nonpriority creditor's name and mailing address

HealthSmart Benefit
PO Box 3244

Charleston, WV, 25332-3244

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Billing software

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,225.00

---

Debtor    Destination Hope, Inc.

Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Hewlett Packard Financial Services Co.
200 Connell Drive
Suite 5000
Berkeley Heights, NJ, 07922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** MCA

$ 40,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Linda Hess
1620 NW 121 Way

Gainesville, FL, 32606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Client refund

$ 13,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Marlin Capital Solutions
300 Fellowship Road

Mount Laurel, NJ, 08054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment lease - stolen equipment

$ 79,593.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

MD Solutions Group
3330 Fairchild Gardens Ave
#32613
Palm Beach Gardens, FL, 33420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Billing solutions

$ 163,443.30

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Michael Anthony Volpe
178 Manhattan Street

Staten Island, NY, 10307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Broker commission

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Destination Hope, Inc. | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Milner, Inc.
PO Box 923197

Norcross, GA, 30010-3197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Copier lease

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,000.00

---

**3.28** Nonpriority creditor's name and mailing address

Mr. Advance LLC
35-12 19th Ave

Astoria, NY, 11105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 48,382.00

---

**3.29** Nonpriority creditor's name and mailing address

Nole Financial
701 Brickell Key Blvd.
#CU-02
Miami, FL, 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Loan brokerage

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100,000.00

---

**3.30** Nonpriority creditor's name and mailing address

Pawnee Leasing Corp.
3801 Automation Way
Suite 207
Fort Collins, CO, 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Medical eqipment

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19,433.02

---

**3.31** Nonpriority creditor's name and mailing address

Pontus SW Portfolio LLC
875 Prospect Street
Suite 303
La Jolla, CA, 92037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent arrearage and property tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 200,000.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32   **Nonpriority creditor's name and mailing address**

Professional Revenue Recovery Solutions, Inc.
13630 NW 8th St.
Suite 220
Sunrise, FL, 33325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Billing solutions

$ 400,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 33   **Nonpriority creditor's name and mailing address**

SBA
51 SW 1st Ave #201, Miami, FL 33130

Miami, FL, 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EIDL loan

$ 160,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 34   **Nonpriority creditor's name and mailing address**

Shaboon Air & Refrigeration
3530 NW 32nd Court

Lauderdale Lakes, FL, 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** A/C repair

$ 4,428.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 35   **Nonpriority creditor's name and mailing address**

ThyssenKrupp Elevator Corporation
PO Box 3796

Carol Stream, IL, 60132-3796

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Elevator repair

$ 3,340.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 36   **Nonpriority creditor's name and mailing address**

TRICARE
PO Box 8923

Madison, WI, 53707-8923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Medical billing

$ 1,500,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Destination Hope, Inc.
        Name

Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37**   Nonpriority creditor's name and mailing address

Ultimate Water, LLC
PO Box 677784

Dallas, TX, 75267-7784

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Drinking water supplies

$ 17,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    1000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**   Nonpriority creditor's name and mailing address

Vanguard c/o Ascensus
415 8th Avenue NE

Brainerd, MN, 56401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Retirement plan

$ 53,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**   Nonpriority creditor's name and mailing address

Waystar Revenue Cycle Technology
1311 Solutions Center

Chicago, IL, 60677-1311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Billing solutions

$ 2,843.15

Date or dates debt was incurred    _____

Last 4 digits of account number    69076

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**   Nonpriority creditor's name and mailing address

Weiss Serota Helfman Cole & Bierman, P.L.
1200 N. Federal Highway
Suite 312
Boca Raton, FL, 33432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services

$ 24,164.10

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___**   Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Destination Hope, Inc    _____
          Name                      Case number *(if known)*_____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. City National Bank<br>1450 Brickell Ave<br>Suite 2910<br>Miami, FL, 33131 | Line 3.13<br>☐ Not listed. Explain: | _____ |
| 4.2. CJC Law Office<br>201 Solar Street<br>Syracuse, NY, 13204 | Line 3.8<br>☐ Not listed. Explain | _____ |
| 4.3. De Lage Landen Financial Services, Inc.<br>PO Box 41602<br>Philadelphia, PA, 19101-1602 | Line 3.27<br>☐ Not listed. Explain | _____ |
| 4.4. DLL Financial Solutions Partner<br>1111 Old Eagle School Road<br>Wayne, PA, 19087 | Line 3.27<br>☐ Not listed. Explain | _____ |
| 41. Hewlett Packard Financial Services Company<br>PO Box 402582<br>Atlanta, GA, 30384-2582 | Line 3.22<br>☐ Not listed. Explain | _____ |
| 4.5. Hewlett Packard FS<br>1501 Page Mill Road<br>Palo Alto, CA, 94304 | Line 3.22<br>☐ Not listed. Explain | _____ |
| 4.6. ThyssenKrupp Elevator Corporation<br>3100 Interstate North Cir SE<br>Ste 500<br>Atlanta, GA, 30339-2227 | Line 3.35<br>☐ Not listed. Explain | _____ |
| 4.7. TRICARE<br>PO Box 7981<br>Madison, WI | Line 3.36<br>☐ Not listed. Explain | _____ |
| 4.8. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Destination Hope, Inc.
    Name

Case number *(if known)*_____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 800,000.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 7,781,407.74 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,581,407.74 |

**Fill in this information to identify the case and this filing:**

Debtor Name    Destination Hope, Inc.

United States Bankruptcy Court for the:    Southern District of Florida

Case number (*If known*):

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule _____*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/28/2020    ✖ /s/ Benjamin Brafman
          MM / DD / YYYY    Signature of individual signing on behalf of debtor

                                 Benjamin Brafman
                                 Printed name

                                 President
                                 Position or relationship to debtor

United States Bankruptcy Court

Southern District of Florida

In re:  Destination Hope, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____08/28/2020_____

/s/ Benjamin Brafman
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

121 Capital
178 Manhattan Street
Staten Island, NY 10307


3831 Crystal Lake Drive, LLC
2707-2709 NE 33rd Ave
Fort Lauderdale, FL 33308


Aetna
PO Box 14079
Lexington, KY 40512


AJ Equity Group, LLC
1648 61st Street
Brooklyn, NY 11204


Alantes Corp attn: Ken Dotson
510 5th Avenue
3rd Floor
New York, NY 10036


Andrew Merker
1535 Mt Vernon Rd
Dunwoody, GA 30338


Anthony S. Hearn P.A
One Biscayne Tower
2 Biscayne Blvd, Ste 3400
Miami, FL 33131


Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204


BMF Capital
1820 Avenue M
Brooklyn, NY 11230


Broward County Tax Collector
115 S. Andrews Ave
Room # A100
Fort Lauderdale, FL 33301


CapFlow
2232 Brigham Street
Brooklyn, NY 11229


Cigna
900 Cottage Grove Road
Hartford, CT 6152

Cindy Wisdom
821 NW 66th Avenue
Plantation, FL 33317-1235


City National Bank
100 SE 2nd St.
Miami, FL 33131


City National Bank
1450 Brickell Ave
Suite 2910
Miami, FL 33131


City of Deerfield Beach
401 SW 4th Street
Deerfield Beach, FL 33441-4666


CJC Law Office
201 Solar Street
Syracuse, NY 13204


Daszkal Bolton LLP
2401 NW Boca Raton Boulevard
Boca Raton, FL 33431-6632


David Gussack
1851 Blount Road
Pompano Beach, FL 33069


De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602


DLL Financial Solutions Partner
1111 Old Eagle School Road
Wayne, PA 19087


EastGroup Properties Inc.
3495 Piedmont Road NE
Building 11, Ste #350
Atlanta, GA 30305


Florida Dept of Revenue
5050 W Tennessee Street
Bldg L
Tallahassee, FL 32399-0180


Ford Credit
PO Box 650575
Dallas, TX 75265-0575

Group 716,  LLC
245 Country Club Drive
Suite 300D
Stockbridge, GA 30281


Halpern Family Trust
1711 N. Fort Lauderdale Beach Blvd
Fort Lauderdale, FL 33305


Healthpac Computer
1010 East Victory Drive
Suite B
Savannah, GA 31405


HealthSmart Benefit
PO Box 3244
Charleston, WV 25332-3244


Hewlett Packard Financial Services Co.
200 Connell Drive
Suite 5000
Berkeley Heights, NJ 07922


Hewlett Packard Financial Services Company
PO Box 402582
Atlanta, GA 30384-2582


Hewlett Packard FS
1501 Page Mill Road
Palo Alto, CA 94304


Internal Revenue Service
111 Constitution Avenue NW
Washington , DC


Linda Hess
1620 NW 121 Way
Gainesville, FL 32606


Marlin Capital Solutions
300 Fellowship Road
Mount Laurel, NJ 08054


MD Solutions Group
3330 Fairchild Gardens Ave
Palm Beach Gardens, FL 33420


Michael Anthony Volpe
178 Manhattan Street
Staten Island, NY 10307

Milner, Inc.
PO Box 923197
Norcross, GA 30010-3197


Mr. Advance LLC
35-12 19th Ave
Astoria, NY 11105


Newtek Small Business Finance, LLC
1981 Marcus Avenue
Suite 130
Lake Success, NY 11042


Nole Financial
701 Brickell Key Blvd.
Miami, FL 33131


Pawnee Leasing Corp.
3801 Automation Way
Suite 207
Fort Collins, CO 80525


Pontus SW Portfolio LLC
875 Prospect Street
Suite 303
La Jolla, CA 92037


Professional Revenue Recovery Solutions, Inc.
13630 NW 8th St.
Suite 220
Sunrise, FL 33325


SBA
51 SW 1st Ave #201, Miami, FL 33130
Miami, FL 33130


SG Credit Partners
23 Corporate Plaza
Suite #100
Newport Beach, CA 92660


Shaboon Air & Refrigeration
3530 NW 32nd Court
Lauderdale Lakes, FL 33309


ThyssenKrupp Elevator Corporation
PO Box 3796
Carol Stream, IL 60132-3796


ThyssenKrupp Elevator Corporation
3100 Interstate North Cir SE
Ste 500
Atlanta, GA 30339-2227

**TRICARE**
**PO Box 8923**
**Madison, WI 53707-8923**


**TRICARE**
**PO Box 7981**
**Madison, WI**


**Ultimate Water, LLC**
**PO Box 677784**
**Dallas, TX 75267-7784**


**Vanguard c/o Ascensus**
**415 8th Avenue NE**
**Brainerd, MN 56401**


**Waystar Revenue Cycle Technology**
**1311 Solutions Center**
**Chicago, IL 60677-1311**


**Weiss Serota Helfman Cole & Bierman, P.L.**
**1200 N. Federal Highway**
**Suite 312**
**Boca Raton, FL 33432**