UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

    SWBG, Inc.,

        Debtor.
_____/

Case No. 20-19402-PDR
Chapter 11

## FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

Debtor, SWBG, Inc. (the "Debtor"), by the through undersigned counsel, pursuant to Section 350(a) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 3022, and Local Rule 3022-1, moves for the entry of a Final Decree closing this Chapter 11 Bankruptcy Case, and in support, states as follows:

1. The plan of liquidation in this case (the "Plan") was confirmed on May 21, 2021 [ECF 266]. The Plan provided that members of Class 4, being general unsecured claims against the Debtor, would be paid *pro rata* from a distribution of a total of $50,000.00, as listed in Exhibit B to the Disclosure Statement [ECF 265]. Said distributions have been completed.

2. There was no deposit required by the Plan, and all matters to be completed upon the Effective Date of the Plan have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof, unless a lesser amount to be paid was agreed to by the parties.

A summary of fees and expenses is as follows:

$ 39,850.00    Fee for Attorney for Liquidating Trustee - Post-Confirmation*
$   652.98     U.S. Trustee (fees required by 28 U.S.C. §1930)

$ __1,717.00__   Clerk of Court (fees required by 28 U.S.C. §1930) - Paid
$ __37,500.00__  Other Professionals – Liquidating Trustee and CPA - Post-Confirmation*
$ __n/a__         All other expenses

* These amounts do not include what was previously awarded to professionals pursuant to previously-filed and approved fee applications.

5.  Attached as Exhibit A is a distribution report detailing the payments made under the Plan on or after the Effective Date.

6.  Attached as Exhibit B is a projected distribution report of remaining proceeds.

WHEREFORE, the undersigned respectfully requests that this court enter a final decree and close this fully administered case.

I CERTIFY that a copy of this report and attachments was served to the U.S. Trustee's office and all parties listed below via CM/ECF notice on October 18, 2021.

>Wernick Law PLLC
>*Attorneys for the Liquidating Trustee*
>2255 Glades Road, Suite 324A
>Boca Raton, Florida 33431
>(561) 961-0922
>/s/ *Aaron A. Wernick*
>Aaron A. Wernick, Esq.
>Florida Bar No. 14059
>E-mail: awernick@wernicklaw.com

**SERVED VIA CM/ECF NOTICE ON October 18, 2021**

- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com
- Adisley M Cortez Rodriguez    Adisley.M.Cortez-Rodriguez@usdoj.gov
- Ronald M Emanuel    ron.emanuel@emzwlaw.com, martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com
- Jay M Gamberg    Vsantoro@gamberglaw.com, jaygamberg@gamberglaw.com;jaredgamberg@gamberglaw.com
- William E. Kelleher    bill.kelleher@dentons.com, michelle.graeb@dentons.com
- Gerard M Kouri Jr.    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- Philip J Landau    plandau@slp.law, plandau@ecf.courtdrive.com;pdorsey@slp.law;dwoodall@slp.law;dlocascio@slp.law;ependergraft@slp.law;pmouton@slp.law;dlocascio@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Felipe Plechac-Diaz    felipe.plechac-diaz@usdoj.gov, mabel.trujillo@usdoj.gov;shannon.patterson@usdoj.gov;milton.pacheco@usdoj.gov
- Chad P Pugatch    cpugatch.ecf@rprslaw.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- C David Tangora    tangoralaw@bellsouth.net, aarothman@att.net;tangoradr87837@notify.bestcase.com;bkcoutsourcellc@gmail.com
- Howard S Toland    htoland@mitrani.com

## EXHIBIT A

SWBG, Inc.                                            CASE NO. 20-19402

The following payments have been, or will be, made pursuant to the Plan:

| Creditor | Class No. | Amount of Allowed Claim | Total Dividend | First Dividend paid pursuant to plan |
|---|---|---|---|---|
| **Administrative Claims:** | | | | |
| Wernick Law, PLLC, Attorneys for Debtor (Post-Confirmation) | A | $39,850.00 | $39,850.00 | $39,850.00 |
| GGG Partners, LLC, Liquidating Trustee (Post-Confirmation) | A | $23,500.00 | $23,500.00 | $23,500.00 |
| Kapila Mukamal, CPA | A | $14,000.00 | $14,000.00 | $14,000.00 |
| | | | | |
| Total Administrative Claims: | | $77,350.00 | $77,350.00 | $77,350.00 |
| | | | | |
| Secured Claims: | | | | |
| Newtek SB Finance, LLC | 1 | $60,814.92 | $60,814.92 | $60,814.92 |
| | | | | |
| General unsecured claims | 4 | $50,000.00 | $50,000.00 | $50,000.00 |

**Exhibit "B"**
**SWBG, Inc. Case No. 20-19402-PDR**
**Distribution of Remaining Proceeds**

### FUNDS AVAILABLE

BANK BALANCES:

| | | |
|---|---:|---:|
| TD Bank | $ 128,590.48 | |
| IOTA Trust | 34,130.11 | |
| Deposit in Transit | 523.80 | |
| Less Amounts Due to Buyer | (1,739.87) | $ 161,504.52 |

### DISTRIBUTIONS PENDING (Projected)

ADMINITRATIVE CLAIMS:

| | | |
|---|---:|---:|
| Outstanding Operating Disbursements | $ (4,632.86) | |
| U.S. Trustee Fees   *(0.4% x $163,244.39)* | (652.98) | |
| Professional Fees: | | |
|     Wernick Law, PLLC (BK Council) (est) | (39,850.00) | |
|     GGG Partners, LLC (Liquidating Trustee) (est) | (23,500.00) | |
|     KapilaMukamal CPA (Tax return prep) (est) | (14,000.00) | |

SECURED CLAIMS:

| | | |
|---|---:|---:|
| Newtek SB Finance LLC (est.) | (60,814.92) | |

GENERAL UNSECURED CLAIMS:

| | | |
|---|---:|---:|
| GUC Carveout Checks Outstanding ($50,000 issued) | (18,053.76) | $ (161,504.52) |
| | | $ 0.00 |